UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:11-CR-92 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| DERRICK LINDSEY | ) | |

**O R D E R**

On December 19, 2011, Defendant Derrick Lindsey ("Defendant") filed a motion to suppress any and all evidence seized on September 1, 2011, as the result of a search by law enforcement (Court File No. 14). This motion was referred to United States Magistrate Judge Susan K. Lee, who held a hearing and subsequently filed a report & recommendation ("R&R") recommending Defendant's motion be denied (Court File No. 21). Defendant timely objected (Court File No. 23), and the government responded (Court File No. 24). For the reasons discussed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 21). Accordingly, the Court **DENIES** Defendant's motion to suppress (Court File No. 14).

    SO ORDERED.

    ENTER.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**